No. 99–8189.  ORTEGA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–8190.  CHRISTIAN *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 99–8194.  DOVE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–8198.  DAVENPORT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–8199.  HARRISON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–8202.  VILLA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–8204.  DUSENBERY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–8205.  HERNANDEZ-MIRANDA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–8211.  GRACIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–8214.  SYDNOR *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–8216.  SIMPSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 99–8219.  ADKINS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 99–8221.  EMERSON *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 99–8223.  ZEPEDA-AGUIRRE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–8226.  WALLACE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 99–8227.  TORRES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.